**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-02559-CMA-MJW

LES VANDENBERG, and
CHRISTINE VANDENBERG,

    Plaintiffs,

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION,
BAC HOME LOAN SERVICING LP, a subsidiary of Bank of America, and
BANK OF AMERICA,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) Stipulation of Dismissal of Matter With Prejudice (Doc. # 12), signed by the attorneys for the parties hereto, it is

ORDERED that all claims and causes of action against all Defendants in this case are DISMISSED WITH PREJUDICE, each party to pay his, her, or its own attorney fees and costs.  This matter is now closed.

DATED:  December 8, 2014

                                                  BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Court Judge